FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2022

No. 04-22-00112-CV

John **CLARK**,
Appellant

v.

Maria Elzbieta **CLARK**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-20250
Honorable David A. Canales, Judge Presiding

## O R D E R

Appellant's brief was due by August 22, 2022, and on that day, appellant filed a motion requesting a fourteen-day extension of time. After consideration, we **grant** the request and **order** appellant to file his brief **by September 6, 2022.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of August, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court